**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lester Ray MCMILLON, a/k/a Baby
Ray McMillon, Defendant–
Appellant.**

**No. 01–7642.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 14, 2002.

Lester Ray McMillon, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Lester Ray McMillon, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McMillon*, Nos. CR–98–105; CA–01–367–5–BO (E.D.N.C. filed Aug. 31, 2001; entered Sept. 4, 2001). We dispense with oral argument because the facts and legal conten-tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*